# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN LEONI,

    Plaintiff,

v.                                CASE NO. 4:04cv493-RH/WCS

PORSCHE CARS NORTH AMERICA,
INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

Plaintiff has filed a "notice" of voluntary dismissal with prejudice based on a settlement agreement reached by the parties. The "notice" is properly construed as a motion, because leave of court is required for dismissal of a claim after the filing of an answer. See Fed. R. Civ. P. 41. In the "notice," plaintiff has requested that the court retain jurisdiction to enforce the settlement agreement. Defendant has filed a response consenting to the proposed dismissal and to the retention of jurisdiction.

The case will be dismissed with prejudice. This will not, of course, end the issue of sanctions for discovery violations, which will remain pending before the

magistrate judge.

For these reasons,

IT IS ORDERED:

1. The parties shall abide by their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are hereby voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained for enforcement of the order requiring compliance with the settlement agreement and for purposes of awarding sanctions, if and as appropriate, for litigation conduct that occurred prior to dismissal.

4. The clerk shall enter judgment stating, "The parties are ordered to abide by their settlement agreement. The court reserves jurisdiction to enforce the order to abide by the settlement agreement and for purposes of awarding sanctions, if and as appropriate, for litigation conduct that occurred prior to dismissal. All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41." The clerk shall close the file.

5. Any party that objects to the terms of this order or the judgment to be entered pursuant hereto may file a timely motion to alter or amend in accordance with Federal Rule of Civil Procedure 59(e).

SO ORDERED this 17th day of May, 2005.

                                                <u>s/Robert L. Hinkle</u>
                                                Chief United States District Judge