# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN LEONI,

      Plaintiff,

v.                              CASE NO. 4:04cv493-RH/WCS

PORSCHE CARS NORTH AMERICA,
INC.,

      Defendant.

_____/

## ORDER DISCHARGING ORDER TO SHOW CAUSE

      Upon consideration of the response by plaintiff's attorney (documents 32 & 33) to the order to show cause issued June 16, 2005 (document 31), the order to show cause is hereby discharged and the hearing scheduled for July 20, 2005, at 10:00 a.m. is cancelled. Defendant's motion for sanctions (document 30) is DENIED AS MOOT in part and remains pending in part. The motion is denied as moot with respect to the payment of $800 and filing of the accompanying certificate. The motion remains pending with respect to execution of a release. Plaintiff *shall* file a response to the motion by July 21, 2005, either stating that plaintiff has executed a release in form acceptable to defendant or showing cause why he should not be compelled to execute a release in the form attached to

defendant's motion for sanctions.

SO ORDERED this 7th day of July, 2005.

s/Robert L. Hinkle
Chief United States District Judge