# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN LEONI,

      Plaintiff,

v.                                          CASE NO. 4:04cv493-RH/WCS

PORSCHE CARS NORTH AMERICA,
INC.,

      Defendant.

_____/

## ORDER COMPELLING PLAINTIFF TO EXECUTE RELEASE

Defendant moved for sanctions and to enforce the settlement agreement by compelling plaintiff to execute a release in defendant's favor. (Document 30.) The issue of sanctions has been addressed separately. (Documents 31-34.) Still pending is the issue of whether the settlement agreement requires plaintiff to execute a separate release in defendant's favor (and for defendant to execute a reciprocal release) or whether, as plaintiff insists, the settlement agreement's language itself constitutes a sufficient release.

The dismissal of this action with prejudice as ordered on May 17, 2005 (*see* document 26) effects virtually the same result as would a separate release. That is

so because, under the res judicata doctrine and the rule against splitting causes of action, the dismissal with prejudice apparently will bar any future claim that would be barred by the proposed release. Still, defendant might reasonably wish to have a release signed by plaintiff himself, rather than merely an agreement signed by his attorney and a judgment obtained as a result thereof. And in any event, a release was an explicit part of the parties' agreement. Defendant is entitled to the benefit of its bargain.

For these reasons,

IT IS ORDERED:

1. Defendant's motion (document 30) for enforcement of the settlement agreement is GRANTED. Plaintiff shall sign a release in the form of the draft provided by defendant to plaintiff on April 11, 2005, as appended to defendant's motion, by not later than August 15, 2005.

2. Plaintiff's signed release shall be delivered to defendant in exchange for an equivalent release in plaintiff's favor executed by defendant.

SO ORDERED this 14th day of July, 2005.

                                                      s/Robert L. Hinkle
                                                     Chief United States District Judge